NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEVEN A. SPEAR,**
*Claimant-Appellant,*

v.

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7114

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 14-1160, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**O R D E R**

Robert A. McDonald, Secretary of Veterans Affairs, moves for a four-day extension of time, until October 3, 2014, to file his principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                    SPEAR v. MCDONALD

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27